178 So. 923

## WIll DUNCAN v. STATE.

### 8 Div. 552.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.

186 So. 917

## Guss DUNN and F. M. Hipps v. MARSH-ALL COUNTY STATE BANK.

### 8 Div. 730.

Court of Appeals of Alabama.
Jan. 19, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

184 So. 913

## G. C. (alias Cleve) DUNN v. STATE.

### 4 Div. 463.

Court of Appeals of Alabama.
Nov. 8, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

188 So. 924

## J. T. DUNN v. STATE.

### 4 Div. 474.

Court of Appeals of Alabama.
April 4, 1939.

Ralph A. Clark, of Andalusia, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed on motion of appellant.

184 So. 913

## Lloyd DURDEN v. STATE.

### 4 Div. 408.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 913

## Willie DURDEN v. STATE.

### I Div. 307.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.